Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
MAR 09 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

Civil Division

1. Robert S Speck
2. Ashton B Moore

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

1. The City of Bartlesville 2. Tyler Bates 3. Mark Dressler
4. Angel Comiford 5. ST. JOHN MEDICAL CENTER, INC.
6. Stephanie Lynn Simmons

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 26 CV - 130 JDR - JFJ
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert S Speck and Ashton B Moore |
| Street Address | 1925 Southview Avenue |
| City and County | Bartlesville |
| State and Zip Code | Oklahoma 74003 |
| Telephone Number | 307-203-8646 |
| E-mail Address | nodizal@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

0 Summons
IFP pend

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: The City of Bartlesville
- Job or Title (if known):
- Street Address: 401 S Johnstone Ave
- City and County: Bartlesville
- State and Zip Code: Oklahoma 74003
- Telephone Number: 918-338-4212
- E-mail Address (if known):

Defendant No. 2
- Name: Tyler Bates Angel Comiford, Mark Dressler
- Job or Title (if known): Officer(s)
- Street Address: 615 S Johnstone Ave
- City and County: Bartlesville
- State and Zip Code: Oklahoma 74003
- Telephone Number: 918-338-4001
- E-mail Address (if known):

Defendant No. 3
- Name: St. John Medical Center, INC.
- Job or Title (if known):
- Street Address: 3500 SE Frank Phillips Blvd
- City and County: Bartlesville
- State and Zip Code: Oklahoma 74006
- Telephone Number: 918-333-7200
- E-mail Address (if known):

Defendant No. 4
- Name: Stephianie Lynn Simmons
- Job or Title (if known): Health Care Nurse
- Street Address: 3500 SE Frank Phillips Blvd
- City and County: Bartlesville
- State and Zip Code: Oklahoma 74006
- Telephone Number: 918-333-7200
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

  a.   If the plaintiff is an individual
       The plaintiff, *(name)* Robert Speck  ASHTON B MOORE , is a citizen of the State of *(name)* Oklahoma .

2.   The Defendant(s)

  a.   If the defendant is an individual
       The defendant(s), *(name)* TYLER BATES, MARK DRESSLER
       ANGEL COMIFORD                     , are a citizens of
       the State of *(name)* OKLAHOMA      . Or is a citizen of
       *(foreign nation)*

       If the defendant is an individual
       The defendant(s), *(name)* STEPHANIE L SIMMONS    , is belived to be a
       citizens of The State of Kansas                   ,. Or is a citizen of
       *(foreign nation)*

  b.   If the defendant is a corporation
       The defendant, *(name)* THE CITY OF BARTLESVILLE  , is incorporated under the laws of the State of Oklahoma, , and has its principal place of business in the State of Oklahoma.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

The defendant, *(name)* St. John Medical Center, INC. , is incorporated under the laws of the State of *(name)* Oklahoma , and has its principal place of business in the State of *(name)* Oklahoma .

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to the numberious violataions and Medical Malpratice, and lace of Proper health care that almost caused the Death of Ashton Moore, cupples with the Worngful Imprrisonment, bye Bartlesville Police Department, Leaving the Ashton Moore to fend for Herself, is a direct link to the attempted Suicide. Settlerment could exceed $1,000.000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 4th 2026

Signature of Plaintiff

Printed Name of Plaintiff: ROBERT S SPECK

1925 Southview Ave
Bartlesville OK 74003
NODIZAL@GMAIL.COM
307-203-8646

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address